# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

159700

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* DEMONTIGNY/LAUBE, Minors.

SC: 159700
COA: 345760
Bay CC Family Division:
16-012245-NA

_____/

On order of the Court, the application for leave to appeal the May 9, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *In re Ferranti*, *Minor*, 504 Mich ___ (2019) (Docket Nos. 157907-8).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



Clerk

p0918